UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRIAN WELLS                                                CIVIL ACTION

VERSUS                                                     NUMBER: 06-1810

CARNELL C. HEBERT                                          SECTION: "I"(5)

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Brian Wells, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this  20th  day of November, 2008.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE